IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOE STANLEY BROWN, | : | |
| Petitioner, | : | |
| | | Case No. 3:04CV0192 |
| | : | |
| vs. | | District Judge Walter Herbert Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| ANTHONY BRIGANO, Warden, | | |
| Lebanon Correctional Institution, | : | |
| Respondent. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS (Doc. #6); DENYING PETITION FOR WRIT OF HABEAS CORPUS (Doc. #1); DENYING A CERTIFICATE OF APPEALABILITY; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #6), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on June 26, 2007 (Doc. #6) is ADOPTED in full;

2. Joe Stanley Brown's Petition for Writ of Habeas Corpus (Doc. #1) is DENIED;

3. A certificate of appealability under 28 U.S.C. §2253 is DENIED; and

4. The case is terminated on the docket of this Court.

                                               Walter Herbert Rice
                                               United States District Judge